IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CANDY FAUST,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 13-cv-323-bbc

CAROLYN COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Candy Faust reversing and remanding the decision of defendant Carolyn Colvin, Acting Commissioner of Social Security, under sentence four of 42 U.S.C. § 405(g) for further proceedings.

| s/Peter Oppeneer | 1/31/14 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |