IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CANDY FAUST,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No. 13-cv-323-bbc

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding attorney fees under the Equal Access to Justice Act to David Traver in the amount of $6,938.81.

    s/Peter Oppeneer　　　　　　　　　　3/12/2014
  Peter Oppeneer, Clerk of Court　　　　　　　Date